Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−14374−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sirad D Summerlin | Natasha S Summerlin |
| 13 Ridge Avenue | fka Natasha Scaranni |
| Sayreville, NJ 08872 | 13 Ridge Avenue |
| | Sayreville, NJ 08872 |

Social Security No.:
   xxx−xx−3160                                                  xxx−xx−0684

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/20/2018 and a confirmation hearing on such Plan has been scheduled for 11/27/2018.

The debtor filed a Modified Plan on 11/07/2018 and a confirmation hearing on the Modified Plan is scheduled for 12/11/2018@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 8, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-14374-MBK
Sirad D Summerlin                                                       Chapter 13
Natasha S Summerlin
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3            Date Rcvd: Nov 08, 2018
                              Form ID: 186             Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
```
db/jdb         +Sirad D Summerlin,    Natasha S Summerlin,    13 Ridge Avenue,    Sayreville, NJ 08872-1929
cr              Three Pence Brooke Condominium Association, Inc.,    Cutolo Barros LLC,
                 151 Highway33 East Suite 204,    Manalapan, NJ  07726,    UNITED STATES
517370803      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517370806      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517370816      +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
517370815      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517370819      +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
517370823      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517370820      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517370827      +Chase Manhatton Mortgage,    Po Box 9438,    Gaithersburg, MD 20898-9438
517370826      +Chase Manhatton Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
517370829       Citi,    Credit Bureau Dispute Unit,    Sioux Falls, SD 57117
517370828      +Citi,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
517486858       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
517513325       CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
517370831      +Citibank/Goodyear,    Po Box 6497,    Sioux Falls, SD 57117-6497
517370830      +Citibank/Goodyear,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 St. Louis, MO 63179-0040
517370832      +Citimortgage,    3415 Vision Dr.,    Columbus, OH 43219-6009
517370834      +Comenity Bank/Mandees,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
517370837      +Cutalo Barros, LLC,    151 Highway 33 East,    Suite 204,    Englishtown, NJ 07726-8635
517437911      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517370838       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517370839      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517370840      +Fein, Such, Kahn, and Shepard, P.C.,    7 Century Drive,    Suite 201,
                 Parsippany, NJ 07054-4673
517370841      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517370843      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517370845       Hackensack Meridian Health,    PO BOX 650292,    Dallas, TX 75265-0292
517370847      +Middlesex County Sheriff's Office,    701 Livingston Ave.,    P.O. Box 1188,
                 New Brunswick, NJ 08903-1188
517370849      +Nissan Motor Acceptance Corp/Infinity Lt,    2901 Kinwest Pkwy,    Irving, TX 75063-5816
517370852      +Powers Kirn, LLC,    728 Marne Highway,    PO Box 848,    Moorestown, NJ 08057-0848
517370855      +RMA of New Jersey,    140 Allen Road,    Basking Ridge, NJ 07920-2976
517370854      +Radio Shack/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
517370853      +Radio Shack/Citibank,    Citicorp/Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517492172     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517486252       SUN WEST MORTGAGE COMPANY, INC.,    C/O FEIN,SUCH, KAHN & SHEPARD,P.C.,
                 7 CENTURY DRIVE, ST 201,    PARSIPPANY, NJ 07054
517370856      +State of New Jersey Division of Taxation,    Revenue Processing Center,    PO Box 111,
                 Trenton, NJ 08645-0111
517370864     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517370861      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
517370860      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517370862      +Three Pence Brook Condo Assoc.,    c/o Taylor Management,    80 South Jefferson Rd., 2nd Floor,
                 Whippany, NJ 07981-1056
517385194      +Three Pence Brooke Condominium Association, Inc.,    c/o Cutolo Barros, LLC,
                 151 Highway 33 East, Suite 204,    Manalapan, NJ 07726-8635
517433413      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517370865      +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004
517464787      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517370871       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517370872      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517370873      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517370875      +Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697
517370874      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
517370876      +Westgate Resorts,    Professional Parkway,    2801 Old Winter Garden Rd.,    Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2018 23:58:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2018 23:58:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-3          User: admin             Page 2 of 3           Date Rcvd: Nov 08, 2018
                              Form ID: 186            Total Noticed: 72


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517370804      +E-mail/Text: legal@arsnational.com Nov 08 2018 23:57:38      ARS National Services Inc.,
                 PO Box 463023,    Escondido, CA 92046-3023
517370811       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 08 2018 23:55:23      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517370812      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 08 2018 23:54:52      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
517370808      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 08 2018 23:54:52      Capital One,
                 General Correspondence,    Po Box 30285,    Salt lake City, UT 84130-0285
517370807      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 08 2018 23:55:25      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517370810      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 08 2018 23:54:27      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517370817      +E-mail/Text: kzoepfel@credit-control.com Nov 08 2018 23:58:16      Central Loan Admin & R,
                 Po Box 77404,    Ewing, NJ 08628-6404
517370818      +E-mail/Text: bk.notifications@jpmchase.com Nov 08 2018 23:57:55      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517370833      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 08 2018 23:57:49      Comenity Bank/Mandees,
                 Po Box 182125,    Columbus, OH 43218-2125
517370835      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 08 2018 23:57:49
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517370836      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 08 2018 23:57:49
                 Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
517370846       E-mail/Text: cio.bncmail@irs.gov Nov 08 2018 23:57:25      Internal Revenue Service (IRS),
                 Department of Treasury,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517370848      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2018 23:58:09      Midland Credit Management,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
517475445      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2018 23:58:09      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517370851       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 23:54:29
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
517370850       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 23:54:56
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517465978       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 23:54:29
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517460351       E-mail/Text: bnc-quantum@quantum3group.com Nov 08 2018 23:58:00
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517370857      +E-mail/Text: bankruptcy@swmc.com Nov 08 2018 23:58:23      Sun West Mortgage Co I,
                 18303 Gridley Rd,    Cerritos, CA 90703-5400
517370858      +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:54:44      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517370813*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
517370814*     +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
517370809*     +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517370821*     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517370822*     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517370824*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517370825*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517370844*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517370842*     +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517370859*     +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
517370870*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517370863*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
517370866*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
517370867*     +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004
517370868*     +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004
517370869*     +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004
517370805      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                           TOTALS: 0, * 16, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Nov 08, 2018
                              Form ID: 186             Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Jill   Manzo    on behalf of Creditor   SUN WEST MORTGAGE COMPANY, INC. bankruptcy@feinsuch.com
              Joseph Andrew Kutschman, III    on behalf of Creditor    Three Pence Brooke Condominium Association,
               Inc. jkutschman@cutolobarros.com
              Justin M Gillman    on behalf of Joint Debtor Natasha S Summerlin abgillman@optonline.net,
               r47252@notify.bestcase.com
              Justin M Gillman    on behalf of Debtor Sirad D Summerlin abgillman@optonline.net,
               r47252@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 9
```