UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Justin M. Gillman, Esq.
Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtor(s)

Order Filed on December 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sirad Summerlin
Natasha Summerlin

Case No.:  18-14374

Chapter:  13

Judge:  Michael B. Kaplan

# ORDER AUTHORIZING RETENTION OF

Carl F. Book, Jr., Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: December 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Carl F. Book, Jr., Esq.___
as ___Real Estate Counsel for the Debtors___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Carl F. Book Jr., Esq.
   170 N County Line Rd
   Jackson, NJ 08527

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*