Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−14374−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sirad D Summerlin<br>13 Ridge Avenue<br>Sayreville, NJ 08872 | Natasha S Summerlin<br>fka Natasha Scaranni<br>13 Ridge Avenue<br>Sayreville, NJ 08872 |

Social Security No.:
  xxx−xx−3160                    xxx−xx−0684

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/28/19 at 09:00 AM

to consider and act upon the following:

**66** − Creditor's Certification of Default filed by Jill Manzo on behalf of SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION. Objection deadline is 05/3/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Manzo, Jill)

Dated: 5/6/19

                                                          Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court