Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−14374−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sirad D Summerlin
13 Ridge Avenue
Sayreville, NJ 08872

Natasha S Summerlin
fka Natasha Scaranni
13 Ridge Avenue
Sayreville, NJ 08872

Social Security No.:
    xxx−xx−3160

xxx−xx−0684

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/28/19 at 09:00 AM

to consider and act upon the following:

*66* − Creditor's Certification of Default filed by Jill Manzo on behalf of SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION. Objection deadline is 05/3/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Manzo, Jill)

Dated: 5/6/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 18-14374-MBK
Sirad D Summerlin                                           Chapter 13
Natasha S Summerlin
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1              Date Rcvd: May 06, 2019
                             Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db/jdb         +Sirad D Summerlin,   Natasha S Summerlin,   13 Ridge Avenue,   Sayreville, NJ 08872-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Jill  Manzo    on behalf of Creditor    SUN WEST MORTGAGE COMPANY, INC. bankruptcy@feinsuch.com
          Jill  Manzo    on behalf of Creditor    SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION
          bankruptcy@feinsuch.com
          Joseph Andrew Kutschman, III    on behalf of Creditor    Three Pence Brooke Condominium Association,
          Inc. jkutschman@cutolobarros.com
          Justin M Gillman    on behalf of Debtor Sirad D Summerlin ecf@gbclawgroup.com,
          5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
          Justin M Gillman    on behalf of Joint Debtor Natasha S Summerlin ecf@gbclawgroup.com,
          5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                           TOTAL: 12