```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR
9004-1(b)
```



**Order Filed on June 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

```
FEIN, SUCH, KAHN & SHEPARD PC
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
SUN WEST MORTGAGE COMPANY, INC.,
A CALIFORNIA CORPORATION
JILL A. MANZO, ESQ.
975MSV
bankruptcy@feinsuch.com
```

| | |
|---|---|
| In Re:<br><br>SIRAD D SUMMERLIN and<br>NATASHA S SUMMERLIN fka<br>NATASHA SCARANNI<br><br> Debtor(s). | Case No.:   18-14374 MBK<br>Chapter:    13<br><br>Hearing Date: May 28, 2019<br><br>Judge:  Honorable Michael B. Kaplan |

Recommended Local Form:   ☐ Followed   ☒ Modified

ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT
WITH CONDITIONS

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: June 5, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtors' Counsel: | JUSTIN M GILLMAN |
| Property Involved (Collateral") | 13 RIDGE AVENUE SAYREVILLE, NJ 08872 |

Relief sought:  ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Certification of Default is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒  The Debtors are overdue for 3 months, from March, 2019 to May, 2019.

    ☒  The Debtors are overdue for 3 payments at $1,875.76 per month.

    ☐  The Debtors are assessed for N/A late charges at N/A per month.

    ☐  Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

    Total Arrearages Due $5,627.28.

2. Debtors must cure all post-petition arrearages, as follows:

    ☒  Immediate payment shall be made in the amount of $5,627.28. Payment shall be made no later than May 31, 2019.

    ☒  Beginning on June 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $1,875.76.

    ☐  Beginning on N/A1, additional monthly cure payments shall be made in the amount of $N/A for N/A months.

    ☐  The amount of $N/A shall be capitalized in the Debtors' Chapter 13 plan. The Debtors' monthly payment to the Chapter 13 Trustee is modified to be $N/A per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ☒   Immediate payment:         Sun West Mortgage Company, Inc.
                                                          P.O. Box 6007
                                                          Artesia, CA 90702-6007

   ☒   Regular monthly payment:     Sun West Mortgage Company, Inc.
                                                          P.O. Box 6007
                                                          Artesia, CA 90702-6007

   ☐   Monthly cure payment:

4. In the event of Default:

   ☒  If the Debtors fail to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

   ☐  If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.   Award of Attorneys' Fees:

   ☒  The Applicant is awarded attorneys fees of $400, and costs of $N/A.

       The fees and costs are payable:

   ☒  through the Chapter 13 plan.

   ☐  to the Secured Creditor within _____ days.

   ☐  Attorneys' fees are not awarded.