Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–14374–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sirad D Summerlin | Natasha S Summerlin |
| 13 Ridge Avenue | fka Natasha Scaranni |
| Sayreville, NJ 08872 | 13 Ridge Avenue |
| | Sayreville, NJ 08872 |

Social Security No.:
   xxx–xx–3160                              xxx–xx–0684

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 9/25/19 at 09:00 AM

to consider and act upon the following:

*76* – Creditor's Certification of Default filed by Jill Manzo on behalf of SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION. Objection deadline is 08/28/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Manzo, Jill)

Dated: 8/29/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court