Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  18−14374−MBK
    Chapter:  13
    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sirad D Summerlin                          Natasha S Summerlin
   13 Ridge Avenue                           fka Natasha Scaranni
   Sayreville, NJ 08872                      13 Ridge Avenue
                                          Sayreville, NJ 08872

Social Security No.:
   xxx−xx−3160                                 xxx−xx−0684

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/25/19 at 09:00 AM

to consider and act upon the following:

*76* − Creditor's Certification of Default filed by Jill Manzo on behalf of SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION. Objection deadline is 08/28/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Manzo, Jill)

Dated: 8/29/19

                                                                               Jeanne Naughton
                                                                               Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Sirad D Summerlin  
Natasha S Summerlin  
    Debtors

Case No. 18-14374-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 29, 2019  
                 Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.  
db/jdb      +Sirad D Summerlin,   Natasha S Summerlin,   13 Ridge Avenue,   Sayreville, NJ 08872-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Jill   Manzo    on behalf of Creditor    SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION  
           bankruptcy@feinsuch.com  
          Jill   Manzo    on behalf of Creditor    SUN WEST MORTGAGE COMPANY, INC. bankruptcy@feinsuch.com  
          Joseph Andrew Kutschman, III    on behalf of Creditor    Three Pence Brooke Condominium Association,  
           Inc. jkutschman@cutolobarros.com  
          Justin M Gillman    on behalf of Debtor Sirad D Summerlin ecf@gbclawgroup.com,  
           5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
          Justin M Gillman    on behalf of Joint Debtor Natasha S Summerlin ecf@gbclawgroup.com,  
           5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                               TOTAL: 13