Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−14374−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sirad D Summerlin
13 Ridge Avenue
Sayreville, NJ 08872

Natasha S Summerlin
fka Natasha Scaranni
13 Ridge Avenue
Sayreville, NJ 08872

Social Security No.:
  xxx−xx−3160

xxx−xx−0684

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on February 5, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 5, 2020
JAN: bwj

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-14374-MBK
Sirad D Summerlin                                                   Chapter 13
Natasha S Summerlin
       Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3          Date Rcvd: Feb 05, 2020
                              Form ID: 148                 Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db/jdb         +Sirad D Summerlin,    Natasha S Summerlin,    13 Ridge Avenue,    Sayreville, NJ 08872-1929
aty            +Carl F. Book, Jr.,    170 N. County Line Rd.,    Jackson, NJ 08527-4421
r              +Jennifer Niedrach,    Weichert Realtors,    2110 W. County Line Rd.,    Jackson, NJ 08527-2049
cr             +Three Pence Brooke Condominium Association, Inc.,    Cutolo Barros LLC,
                 46-50 Throckmorton Street,    Freehold, NJ 07728-1973
cr              Three Pence Brooke Condominium Association, Inc.,    Cutolo Barros LLC,
                 151 Highway33 East Suite 204,    Manalapan, NJ 07726,    UNITED STATES
517370803      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517370806      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517370815      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517370819      +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
517370826      +Chase Manhatton Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
517370827      +Chase Manhatton Mortgage,    Po Box 9438,    Gaithersburg, MD 20898-9438
517370829       Citi,    Credit Bureau Dispute Unit,    Sioux Falls, SD 57117
517486858      #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
517513325       CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
517370832      +Citimortgage,    3415 Vision Dr.,    Columbus, OH 43219-6009
517437911      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517370838       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517370839      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517370840      +Fein, Such, Kahn, and Shepard, P.C.,    7 Century Drive,    Suite 201,
                 Parsippany, NJ 07054-4673
517370843      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517370841      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517370845       Hackensack Meridian Health,    PO BOX 650292,    Dallas, TX 75265-0292
517370847      +Middlesex County Sheriff's Office,    701 Livingston Ave.,    P.O. Box 1188,
                 New Brunswick, NJ 08903-1188
517370849      +Nissan Motor Acceptance Corp/Infinity Lt,    2901 Kinwest Pkwy,    Irving, TX 75063-5816
517370852      +Powers Kirn, LLC,    728 Marne Highway,    PO Box 848,    Moorestown, NJ 08057-0848
517370855      +RMA of New Jersey,    140 Allen Road,    Basking Ridge, NJ 07920-2976
517492172     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517486252       SUN WEST MORTGAGE COMPANY, INC.,    C/O FEIN,SUCH, KAHN & SHEPARD,P.C.,
                 7 CENTURY DRIVE, ST 201,    PARSIPPANY, NJ 07054
517370856      +State of New Jersey Division of Taxation,    Revenue Processing Center,    PO Box 111,
                 Trenton, NJ 08645-0111
517370862      +Three Pence Brook Condo Assoc.,    c/o Taylor Management,    80 South Jefferson Rd., 2nd Floor,
                 Whippany, NJ 07981-1056
517370837      +Three Pence Brooke Condo Assoc.,    c/o Cutalo Barros, LLC,    46-50 Throckmorton Street,
                 Freehold, New Jersey 07728-1973
517385194      +Three Pence Brooke Condominium Association, Inc.,    c/o Cutolo Barros, LLC,
                 46-50 Throckmorton Street,    Freehold, New Jersey 07728-1973
517433413      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517464787      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517370871       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517370873      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517370872      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517370876      +Westgate Resorts,    Professional Parkway,    2801 Old Winter Garden Rd.,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2020 00:21:56     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2020 00:21:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517370804      +EDI: ARSN.COM Feb 06 2020 04:48:00      ARS National Services Inc.,    PO Box 463023,
                 Escondido, CA 92046-3023
517370805      +EDI: BANKAMER.COM Feb 06 2020 04:48:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
517370811       EDI: CAPITALONE.COM Feb 06 2020 04:48:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517370812      +EDI: CAPITALONE.COM Feb 06 2020 04:48:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517370808      +EDI: CAPITALONE.COM Feb 06 2020 04:48:00      Capital One,    General Correspondence,
                 Po Box 30285,    Salt lake City, UT 84130-0285
517370807      +EDI: CAPITALONE.COM Feb 06 2020 04:48:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
```

```
District/off: 0312-3          User: admin              Page 2 of 3                    Date Rcvd: Feb 05, 2020
                              Form ID: 148             Total Noticed: 79


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517370810       +EDI: CAPITALONE.COM Feb 06 2020 04:48:00      Capital One,    Attn: Bankruptcy,     Po Box 30285,
                 Salt Lake City, UT 84130-0285
517370816       +EDI: SEARS.COM Feb 06 2020 04:48:00      Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
517370817       +E-mail/Text: kzoepfel@credit-control.com Feb 06 2020 00:21:57       Central Loan Admin & R,
                 Po Box 77404,    Ewing, NJ 08628-6404
517370818       +EDI: CAUT.COM Feb 06 2020 04:48:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517370820       +EDI: CHASE.COM Feb 06 2020 04:48:00      Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
517370823       +EDI: CHASE.COM Feb 06 2020 04:48:00      Chase Card Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
517370828       +EDI: CITICORP.COM Feb 06 2020 04:48:00      Citi,    Citicorp Cr Srvs/Centralized Bankruptcy,
                 Po Box 790040,    S Louis, MO 63179-0040
517370830       +EDI: CITICORP.COM Feb 06 2020 04:48:00      Citibank/Goodyear,
                 Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,    St. Louis, MO 63179-0040
517370831       +EDI: CITICORP.COM Feb 06 2020 04:48:00      Citibank/Goodyear,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
517370833       +EDI: WFNNB.COM Feb 06 2020 04:48:00      Comenity Bank/Mandees,    Po Box 182125,
                 Columbus, OH 43218-2125
517370834       +EDI: WFNNB.COM Feb 06 2020 04:48:00      Comenity Bank/Mandees,    401 Hackensack Ave,
                 Hackensack, NJ 07601-6411
517370835       +EDI: WFNNB.COM Feb 06 2020 04:48:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517370836       +EDI: WFNNB.COM Feb 06 2020 04:48:00      Comenity Bank/Victoria Secret,    Po Box 182789,
                 Columbus, OH 43218-2789
517984726        EDI: Q3G.COM Feb 06 2020 04:48:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
517370846        EDI: IRS.COM Feb 06 2020 04:48:00      Internal Revenue Service (IRS),    Department of Treasury,
                 P.O. Box  7346,    Philadelphia, PA 19101-7346
517370848       +EDI: MID8.COM Feb 06 2020 04:48:00      Midland Credit Management,    2365 Northside Drive,
                 Suite 300,    San Diego, CA 92108-2709
517475445       +EDI: MID8.COM Feb 06 2020 04:48:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517370851        EDI: PRA.COM Feb 06 2020 04:48:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
517370850        EDI: PRA.COM Feb 06 2020 04:48:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517465978        EDI: PRA.COM Feb 06 2020 04:48:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
517460351        EDI: Q3G.COM Feb 06 2020 04:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
517370854       +EDI: CITICORP.COM Feb 06 2020 04:48:00      Radio Shack/Citibank,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
517370853       +EDI: CITICORP.COM Feb 06 2020 04:48:00      Radio Shack/Citibank,
                 Citicorp/Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
517370857       +E-mail/Text: bankruptcy@swmc.com Feb 06 2020 00:22:04       Sun West Mortgage Co I,
                 18303 Gridley Rd,    Cerritos, CA 90703-5400
517370858       +EDI: RMSC.COM Feb 06 2020 04:48:00      Syncb/care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
517370864        EDI: TFSR.COM Feb 06 2020 04:48:00      Toyota Motor Credit Co,    Po Box 8026,
                 Cedar Rapids, IA 52408
517370863        EDI: TFSR.COM Feb 06 2020 04:48:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
517370861       +EDI: WTRRNBANK.COM Feb 06 2020 04:48:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
517370860       +EDI: WTRRNBANK.COM Feb 06 2020 04:48:00      Target,    C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517891987        EDI: BL-BECKET.COM Feb 06 2020 04:48:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
517370865       +EDI: TFSR.COM Feb 06 2020 04:48:00      Toyota Motor Credit Co,    Po Box 9786,
                 Cedar Rapids, IA 52409-0004
517370874       +EDI: WFFC.COM Feb 06 2020 04:48:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
517370875       +EDI: WFFC.COM Feb 06 2020 04:48:00      Wells Fargo Dealer Services,    Po Box 1697,
                 Winterville, NC 28590-1697
                                                                                               TOTAL: 41

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517370813*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517370814*      +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
517370809*      +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                 Salt Lake City, UT 84130-0285
517370821*      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517370822*      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517370824*      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517370825*      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517370844*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517370842*      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517370859*      +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
```

```
Case 18-14374-MBK    Doc 84    Filed 02/07/20    Entered 02/08/20 00:33:04    Desc Imaged
                     Certificate of Notice    Page 4 of 4
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Feb 05, 2020
                              Form ID: 148             Total Noticed: 79
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
517370870*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   Po Box 8026,   Cedar Rapids, IA 52408)
517370866*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
517370867*      +Toyota Motor Credit Co,   Po Box 9786,   Cedar Rapids, IA 52409-0004
517370868*      +Toyota Motor Credit Co,   Po Box 9786,   Cedar Rapids, IA 52409-0004
517370869*      +Toyota Motor Credit Co,   Po Box 9786,   Cedar Rapids, IA 52409-0004
                                                                               TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jill   Manzo    on behalf of Creditor   SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION
               bankruptcy@feinsuch.com
              Jill   Manzo    on behalf of Creditor   SUN WEST MORTGAGE COMPANY, INC. bankruptcy@feinsuch.com
              Joseph Andrew Kutschman, III    on behalf of Creditor   Three Pence Brooke Condominium Association,
               Inc. jkutschman@cutolobarros.com
              Justin M Gillman    on behalf of Debtor Sirad D Summerlin ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
              Justin M Gillman    on behalf of Joint Debtor Natasha S Summerlin ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor   SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
                                                                                         TOTAL: 14
```