|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION<br>JILL A. MANZO, ESQ.<br>975MSV<br>bankruptcy@feinsuch.com | **Order Filed on February 5, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>SIRAD D SUMMERLIN and NATASHA S SUMMERLIN fka NATASHA SCARANNI<br><br>  Debtor(s). | Case No.:   18-14374 MBK<br><br>Hearing Date:<br><br>Judge:  Honorable Michael B. Kaplan<br><br>Chapter:    13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 5, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

13 RIDGE AVENUE, SAYREVILLE, NJ 08872-1929.


It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Sirad D Summerlin  
Natasha S Summerlin  
    Debtors

Case No. 18-14374-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 05, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.  
db/jdb       +Sirad D Summerlin,   Natasha S Summerlin,   13 Ridge Avenue,   Sayreville, NJ 08872-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:

          Albert Russo    docs@russotrustee.com  
          Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
          Denise E. Carlon   on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Jill Manzo   on behalf of Creditor    SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION  
           bankruptcy@feinsuch.com  
          Jill Manzo   on behalf of Creditor    SUN WEST MORTGAGE COMPANY, INC. bankruptcy@feinsuch.com  
          Joseph Andrew Kutschman, III   on behalf of Creditor    Three Pence Brooke Condominium Association,  
           Inc. jkutschman@cutolobarros.com  
          Justin M Gillman   on behalf of Debtor Sirad D Summerlin ecf@gbclawgroup.com,  
           R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com  
          Justin M Gillman   on behalf of Joint Debtor Natasha S Summerlin ecf@gbclawgroup.com,  
           R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com  
          Kevin Gordon McDonald   on behalf of Creditor    Toyota Motor Credit Corporation  
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          R. A. Lebron   on behalf of Creditor    SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION  
           bankruptcy@feinsuch.com  
          Rebecca Ann Solarz   on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
          William M.E. Powers   on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
          William M.E. Powers, III   on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                     TOTAL: 14